FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED         ENTERED
LOGGED        RECEIVED

JUN 2 0 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Tylee Dodson
I.D. # 428941
30420 Revells Neck Rd.
Westover, Maryland 21890

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. PX-19-1824
(Leave blank.  To be filled in by Court.)

Correctional Officers
Patuxent Institution
7555 Waterloo Rd.
Jessup, Maryland 20794 (Names attached)

(Full name and address of the defendant(s))

COMPLAINT

**I.    Previous lawsuits**

**A.**    Have you filed other cases in state or federal court dealing with the same facts as in
this case or against the same defendants?

YES [ ]     NO [✓]

**B.**    If you answered YES, describe that case(s) in the spaces below.

**1.**    Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

American LegalNet, Inc.
www.FormsWorkflow.com

2.   Court (if a federal court name the district; if a state court name the city or

county): _____

3.   Case No.: _____

4.   Date filed: _____

5.   Name of judge that handled the case: _____

6.   Disposition (won, dismissed, still pending, on appeal): _____

_____

7.   Date of disposition: _____

## II.   Administrative proceedings

A.   If you are in a Division of Correction facility, did you file an administrative remedy
procedure request under DCD 185-001, et seq.?

YES [✓]     NO [  ]

1.   If you answered YES:

a.   What was the result? Dismissed (Every time)
for procedural reasons.

b.   Did you appeal to the Commissioner?

YES [  ]     NO [✓]

2.   If you answered NO to either of the questions above, explain why you did not
file an administrative remedy procedure request or an appeal to the

Commissioner. I had been informed by the
ARP coordinator (Ms. Shields) that you
cannot appeal a dismissed ARP.

3.   Did you file any other type of administrative complaint such as an appeal to

American LegalNet, Inc.
www.FormsWorkflow.com

the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

YES [✓]     NO [ ]

4.    If you answered YES, explain what you filed and what was the result.

In the fall of 2018 upon many com-
plaints (in which i've always kept
copies of) to the warden in regards (see attached)

B.    If you are not in a Division of Correction facility, is there a grievance procedure at your institution?

~~YES [✓]~~     NO [ ]

If your answer is YES:

~~1.    Did you file a grievance?~~

YES [✓]     NO [ ]

2.    If you filed a grievance what was the result? I havn't
gotten a response back yet. (see attached)

3.    If you did not file a grievance explain why not? _____

_____

American LegalNet, Inc.
www.FormsWorkflow.com

III.     **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each
defendant did or how he/she is involved. If you are making a number of related claims,
number and explain each claim in a separate paragraph.)

_____

_____

_____

_____

_____

_____

_____

_____

IV.      **Relief**
(State briefly what you want the Court to do for you)

I am seeking financial compensation
due to the endurment of; see attached

SIGNED THIS 20 day of June ,2019.

_Tylee Dodson_
(original signature of plaintiff)

30420 Revells Neck Rd.
Westover, MD. 21890

_____
(address of plaintiff)

1983 Complaint Rev. (4/10/2006)                    4

American LegalNet, Inc.
www.FormsWorkflow.com

## INSTRUCTIONS FOR FILING A PRO SE PRISONER COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

This packet includes two copies of a complaint form and two copies of an in forma pauperis petition. There are instructions to help you understand the forms and a little bit about Court procedures, but THE COURT CANNOT GIVE YOU LEGAL ADVICE. The Court may not accept your complaint for filing unless you follow these instructions and provide the information requested in these forms.

### How to file a complaint

To begin a lawsuit you must file an original and one copy of your complaint for the court, and one copy of the complaint for each defendant you name. For example, if you name two defendants, you must send to the Court an original and three copies of the complaint. You should keep a copy of the complaint for your own records. The Court is not responsible for providing copies to you. ALL COPIES MUST BE IDENTICAL TO THE ORIGINAL.

Your complaint must be legibly handwritten or typed. If you need more space to answer a question you may write on the back of the form or attach additional pages. All pages should be 8 ½" by 11".

Your complaint should be filed in this Court only if one or more of the defendants is located in Maryland or the claim arose here. You should file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You must give the correct names and addresses of each defendant. A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE COURTS TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT ON ALL PERSONS NAMED AS DEFENDANTS.

Answer the questions about prison grievances carefully. You may attach copies of grievances, administrative remedy procedure requests, and responses to your complaint. FAILING TO PROVIDE THE INFORMATION REQUESTED MAY RESULT IN YOUR COMPLAINT NOT BEING FILED OR CAUSE DELAYS IN PROCESSING YOUR COMPLAINT.

In your complaint state the facts of your case. Focus on who, what, when, where. BE BRIEF. DO NOT INCLUDE CITATIONS OR LEGAL ARGUMENTS.

Please note that under recent legislation, persons who file cases which are dismissed by the Court under 28 U.S.C. §1915(e) may be penalized. The Prison Litigation Reform Act of 1996 provides that prisoners who have had three or more cases dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted, will not be permitted to file any further civil actions without prepaying the filing fee unless they are in imminent danger of serious harm. See 28 U.S.C. §1915(g).

When the forms are completed mail the original and copies to: Clerk, United States District Court for the District of Maryland, 101 West Lombard Street, Baltimore, Maryland 21201.

1983 Complaint Rev. (4/10/2006)

American LegalNet, Inc.
www.FormsWorkflow.com

### How to ask for the filing fee to be waived

There is a fee of $350.00 for filing this type of lawsuit. This must be paid at the time your complaint is filed. In addition, you must pay the United States Marshal for serving the complaint on each defendant. If you are unable to pay the filing fee and costs of service you may ask the Court to let you proceed in forma pauperis. If the Court grants this request it means that you will not have to pay the filing fee at the time your complaint is filed, but, periodically money can be taken from your inmate account and sent to the Court until the filing fee is paid. How much money is taken will depend upon how much is in your account. There will be an initial partial filing fee that is 20% of the greater of the average monthly deposits to your account for the past six months or the average monthly balance of your account for the past six months. Then, a deduction of 20% of the prior month's income will be made each time the balance in your account is over $10.00. These deductions will be made until the full amount of the filing fee is paid. By asking the Court to let you proceed in forma pauperis you are consenting to these deductions.

Attached are two copies of a motion for leave to proceed in forma pauperis. One should be filed with your complaint. The other is for your records.

### Things to know about representing yourself

Once your complaint is received by the Court it will be reviewed and, if you have properly completed the forms and provided all necessary information, a case number and judge will be assigned. Everything that you receive from the Court about your case will have the case number on it. Everything that you send to the Court other than the complaint and motion and affidavit to proceed in forma pauperis should have the case number on it.

Unless directed otherwise, all communications to the Court about your case should be addressed to:

> Clerk of the Court
> United States District Court
> 101 West Lombard Street
> Baltimore, Maryland 21201

**You must notify the Court in writing of any change in your address. Failure to do this may result in dismissal of your case.**

After you file the complaint no communication about your case should be sent directly to any judge. If you want to ask the Court to do something, you should file a motion. Pleadings and motions should be filed with the Clerk and a copy should be mailed to the attorney representing the defendant(s) or directly to the defendant(s) if he/she does not have an attorney. It is important to include a certificate of service on anything you file after your complaint showing when you mailed copies and to whom they were sent. The certificate of service appears at the end of the pleading or motion and looks like the sample below.

1983 Complaint Rev. (4/10/2006)                    2

American LegalNet, Inc.
www.FormsWorkflow.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 20__, a copy of this

_____ (title of the document) _____, was mailed, postage prepaid, to

(name and address of the attorney or person to whom you sent it).

                                        (your signature _____)

It is <u>not</u> necessary to state in the certificate of service that copies were sent to the Court or to the Clerk.

Do not file any motions or memoranda that are longer than fifty pages unless you have received permission from the Court. Most motions and memoranda should be much shorter than fifty pages.

You do not have to file copies of exhibits that are already on file in the same case. For example, if the defendants in your case file a motion for summary judgment and attach as an exhibit to their motion a copy of a sick call slip, you do not have to attach a copy of that document to your opposition or to any motions you file. You may simply refer to the copy that is already in the file.

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign someone else's name, nor may you file anything on behalf of someone else. In order for a pleading, motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must sign it.

American LegalNet, Inc.
www.FormsWorkflow.com

06-20-2019

Names of officers
- Patuxent Institution
7555 Waterloo Rd.
    Jessup, Maryland
       20794
(C.O) N. Wagwu
(C.O) Ade-yeni
 Sargent Owens
LT. Taylor
(C.O) Adejuwan

FILED ___ ENTERED
___ LOGGED ___ RECEIVED
JUN 2 0 2019
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Tylee Dodson
I.D. # 428941

06-20-2019

I've endured on going personal
abuse, discrimination, personal prejudice,
pain and suffering and cruel and unusual
punishment my entire time housed at
patuxent. I have never anticipated,
thought or even attempted to commit
suicide until my stay at patuxent
the year of 2018. I cut myself and
officers told me that they didn't
care. Medical took pictures of my cuts
and sent me back to the tier. Protocol and
procedure would be to place me on
close watch, suicide watch yet that
didn't happen. Medical records will
show that i've never been on a
high dose of anxiety medication until
months after being at patuxent. I am
on 150 mg. Zoloft. Until this day i
still wake up with cold sweats and have
excessive paranoia because of the
endurment of all that i've been through
at patuxent. Even after stating and
writing that i was / did not feel safe

at that institution i was not transfered. Instead
i was targeted, not only by inmates, but
correctional officers on a daily basis. I've
been told by many officers that i am
a mental patient, that noone will believe
my stories and that they will keep me
there. I am only seeking what i think
is right. However, i am also requesting
that DPSCS disciplinary proceeding be
immediately initiated against all involved
staff for violating standards of conduct
established in DPSCS directive 50-2, and
subjecting me to personal abuse and all.
For i was and never had been safe at
Patuxent.

Tylee Wadson
I.D. # 428-941

06-20-2019
Page (3) of complaint
4.

In the fall of 2018 i wrote multiple
letters to the warden in response to
what i'd been going through. I've
never seen, heard, spoke, or gotten
any response back from warden
Laura Armstead at all. These are
2 letters i wrote to her.  Attatched.


Tyree Dadson
I.D. # 428941

06-20-2019
Page (3) of complaint
Part B-(2)

Reasons being (unknown) Intel officers
had been tampering with my mail. In going
and outgoing mail.

Tylee Dodson
I. D. #428941

Continuance
   Pg. 4

IV.

    I am seeking financial compensation due to the endurment of discrimination, sexual harrassment; harrassment, violating established PReA standards and subjecting me to personal abuse/personal prejudices. For my concerns at Patuxent Institution has always been surpassed. For i was never safe at Patuxent Institution. My entire stay at Patuxent was "HELL" due to me being a pre-op transgendered (M-F) Male-Female woman, solely. I have harmed myself at patuxent, (and have never in my Life done so, i Love myself) having cut my wrist that was also looked passed and i didn't recieve strict watch. I have been and still am on an immaculate dose of anviety medication since being housed at patuxent. I am forever changed and will never be the same jolly, self-sufficient and confident person i was over a year ago. However, as this stain will remain, i pray that ill grow from it.

    I am seeking $500.00 a day for my entire stay at Patuxent Institution. Along with

Tylee Dodson

State of Maryland         Doc #428-941/ SID # 3130789
Department of Public         Patuxent Institution
Safety and Correctional         7555 Waterloo Rd.
Services; Stephen T. Moyer   Jessup, Md 21746
Sargent Halsey:/               08/14/2018
   Warden of Institution

   RE: Request for immediate assistance

I am writing to you asking for your
assistance. I am a pre-op trans-
gendered (Male-Female; M-F) woman
and am currently housed here at
Patuxent Institution. My concerns are
in regards to the treatment of transgendered
inmates. Here at Patuxent the policies for
transgendered inmates is that upon enter-
ing the institution they are issued bra's
for the concealment of their breast. They
are automatically placed in cells alone
as a safety precaution. They are issued
specific shower times in which they
shower alone. Also they are segregated
from other inmates in the form of
cells, bullpins, and bathroom use. Trans
inmates are required to be patted down
by female staff. However a different
part of the institution houses females
in which the same policies apply. Trans
inmates are not allowed by the institution
to order female hygiene or anything
of the sort in which females can order.

Due to my transgender therapy and hormone regimen it is imperative that trans women use female hygiene/products. Due to the biasness in the application of this policy, trans women are being treated partially. Transgendered inmates entire policies should be that of female inmates entire policies and not only certain policies should apply to them. Personal prejudices along with pre-op surgical performances may play a part in this unjustice. We trans-women also identify and live our lives as women and due to chronic care medications regarding regimen and hormone therapy we must exercise femininity in which Patuxent Institution disregards. I am asking that this changes in my Proposal.

Thank you for your time and I hope to hear back from you soon.

Tylee Dodson