**Appendix 3 to DCD 185-002**

Officer's Name: Print and Signature                    Date

CASE NO. _____

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO:            ☑ Warden of Institution

Emergency Request: ☐  Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson            Tylee            L            428941            PATX
     Last Name    First Name    Middle Initial    DOC Number    Institution

Housing Location C3-2L ____ Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

### Part A – INMATE REQUEST

There has been numerous of times where i was denied my commissarry purchases due to what the officer(conducting keefee comm-issarry staff)deems is prohibited to me being as i am a trans

8/31/2018
    Date

Tylee Dodson
Signature of Inmate

### Part B – RESPONSE

_____                    _____
    Date                           Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

Case No. _____

RETURN TO: _____            _____            _____
    Last Name    First Name    Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____
    Date                                      Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

**Part A (Continued) – INMATE REQUEST**

gendered (Male-Female; M-F) woman.
I recently went in search for the officers
name and obtained it. Officer/coII
O. Adey-yeni. He expresses nothing but
discrimination when in contact with me.
I have been his target since being housed
here at Patuxent institution. He makes it clear
to what happens to people like me where he's from.
I am only asking that (1) he be educated
and made aware that professionalism and
competency is a duty (2) he is fully aware to
respect trans-women as he do everyone
and not be consumed by his personal prejudiced
to cloud his judgement/interfere with his
ocupation (3) and lastly that he is informed
what trans-women may be able to order
from commissary instead of turning a blind
eye to heterosexual males that order feminine
products – vs having me be subjected to
personal abuse and discrimination and magnifying
what purchases he thinks im entitled to have and
not to have

8/31/2018    Thankyou Tylee Dodson 428941
Date                      Inmate's Name: Print and Signature        DOC#
for you assistance.

Tylee Dodson

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature

Date

CASE NO. _____

**MARYLAND DIVISION OF CORRECTION**
**REQUEST FOR ADMINISTRATIVE REMEDY**
(Instructions for completing this form are on the back)

**RECEIVED**

SEP 4 2018

TO: ☑ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety **ADMINISTRATIVE REMEDY OFFICE**

FROM: Dodson   Tylee   L   428941   PATX
   Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location C3-2L   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

There has been numerous of times where i was denied my commissary purchases due to what the officer(conducting keefee commissary staff) deems is prohibited to me being as i am a trans

8/31/2018
Date

Tylee Dodson
Signature of Inmate

**Part B – RESPONSE**

Date

Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**   Case No. PATX0499-18

RETURN TO: Dodson   Tylee   L   428941   PATX
   Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated 8/31/18 in regard to: Staff.

9/4/18
Date

Institutional ARP Coordinator

Original: White  Institutional ARP Coordinator
Copy:  Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

8/31/18

**Part A (Continued) – INMATE REQUEST**

SEP 4 2018

ADMINISTRATIVE REMEDY OFFICE

gendered (Mate-female; M-f)

I recently went in search for the officers name and obtained it. Officer/COII O. Adey-yeni. He expresses nothing but discrimination when in contact with me. I have been his target since being housed here at Patuxent institution. He makes it clear to what happens to people Like me where he's from. I am only asking that (1) he be educated and made aware that professionalism and competency is a duty, (2) he is fully aware to respect trans-women as he do everyone and not be consumed by his personal prejudiced to cloud his judgement/interfere with his occupation. (3) and Lastly that he is informed what trans-women may be able to order from commissary instead of turning a blind eye to heterosexual males that order feminine products - vs having me be subjected to personal abuse and discrimination and magnifyin what purchases he thinks im entitled to have and not to have

8/31/2018
Date

thank you, Tylee Dodson 428941
Inmate's Name: Print and Signature

for your assistance

DOC#

Tylee Dodson

Tyler Dockson
428-041 / 3430789
Assistant                    Patuxent Institution
Warden, Gang              11/07/2018
Warden, Armstead;

I am writing to you asking for immediate assistance. Security staff Sgt Owens has numerously on multiple occassions harrassed and sexually harrassed me. I wasn't aware to document every occassion that i've let pass me by. On 11/6/2018 at apprx. 1:20. Sgt. Owens pulled me out from the chow hall and escorted me to corridor in with no probable reason or cause had me strip searched by Ofc. Morrain, and Sgt. Wilson who both assisted the search. Sgt. Owens has numerously targeted me by the endurance of his verbal abuse. In July of 2018 i was at the rec yard squating after walking a couple miles and Sgt. Owens made his way to me to tell me i couldn't squat like that, get up because i am advertising. I feel so violated and hurt because i am living in a world (a male-facility in which i am a transgendered Male-Female woman, alone.) where i am the enemy by both inmates and staff not created by the actions i show/ expressed but by/solely because of who i am. I pray that actions be taken against this security staff and other security staff recieve education in how severe this could be. I feel tormented. I am aware, and have a friend Neon Brown who was a law suit here few years back. and i

would think that, that would reverse the chain
that im going through. I have to and am going
to continue to fight for myself. Although patu-
xent is the safest place i've been in the Division
of Corrections, i've also endured so much hate,
and discrimination from both inmate and staff
and i ask, well where does my protection come
in? Staff has intentionally tageted me due to
personal prejudices against who and what i am.

I am requesting that DPSCS disciplinary pro-
ceedings be immediately initiated against all
involved staff for violating standards of conduct
and established in DPSCS Directive 50-2, and
subjecting me to personal abuse and discrimination
in violation of my rights under state and federal
constitutions, as well as all applicable DPSCS/
DOC regulations, policies and procedures. Thank you.

Tylee Dodson
428 941    /3430789

Tylee Dodson

Appendix 3 to DCD 185-002

_Sgt C. Dole_   _L. Will_   _3/20/19_
Officer's Name: Print and Signature      Date

CASE NO. _____

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO:   ☐   Warden of Institution

Emergency Request:   ☒   Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM:  Dodson       Tylee         L        428-941       Patuvent
       Last Name     First Name    Middle Initial    DOC Number    Institution

Housing Location _____   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☒

### Part A – INMATE REQUEST

On February 1, 2018 i was transfered from the Maryland Correctional Training Center located in Hagerstown MD to Patuxent Institution located in Jessup, MD. I have been housed here over a year and to this day it has been the worst tragedy of my entire life. I have endured on-going harrassment

_3-20-2019_          _Tylee Lindale Dodson_
Date                  Signature of Inmate

### Part B – RESPONSE

_____          _____
Date                                      Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT                    Case No. _____

RETURN TO: _____
            Last Name     First Name     Middle Initial        DOC Number        Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____          _____
Date                                      Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

9:30

## Part A (Continued) – INMATE REQUEST

DISCRIMINATION AND CRUEL AND UNUSUAL PUNISHMENT MY ENTIRE STAY HERE AT PATUXENT INSTITUTION. ALTHOUGH THERE ARE MORE INSTANCES THAN SOME, MANY ARE NOT DOCUMENTED DUE TO STAFF'S MANIPULATIVE TACTICS AND PLEA TO DEEM JUSTICE WILL BE SERVED, WHICH NEVER IS HERE AT PATUXENT. I HAVE BEEN TARGETED DUE TO ME BEING A (M-F.) MALE-FEMALE TRANSGENDERED WOMAN HOUSED IN A MALE AND MENTAL FACILITY. ON 8-14-18 I WROTE A LETTER TO SGT HALSEY, THE INSTITUTIONAL WARDEN AND SENT A LETTER IN THE MAIL TO THE STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES IN WHICH IM SURE WAS COMBATED BY STAFF DUE TO NEVER RECIEVING A RESPONSE. IN THE LETTER I ADDRESSED HOUSING ISSUES, SHOWER ACCOMODATIONS AND MORE. ON 8-27-18 I RECIEVED A LETTER FROM THE THEN ASST WARDEN GANG WHO ANSWERED, ACCEPTED AND JUSTIFIED MY CONCERNS THERE OF. EVEN STILL AS MONTHS PASSED SECURITY STAFF WOULD NOT ALLOW ME TO SHOWER OFTEN. ON 8-31-18 I WAS DENIED MY COMMISSARRY BAG DUE TO WHAT THE OFFICER CONDUCTING KISECE STAFF (Ade-yeni cull) PROHIBITED ME TO HAVE CONSTANTLY STATING "YOU are a man" not a woman and WHERE IM FROM WE KILL PEOPLE LIKE YOU" ON THAT DATE LT. CARTER WAS CALLED AND SHE APPROVED MY BAG. ALSO, ON THAT DATE I WROTE AN ARP. ON 9-4-18 I RECIEVED A RESPONSE FROM THAT ARP IN WHICH THE WARDEN APPROVED FOR ME TO BE ABLE TO ORDER FEMININE PRODUCTS. TIMES AFTER THAT HE DENIED ME ACCESS ANYWAY. MY ENTIRE STAY IVE HAD TO ENDURE BEING SEGREGATED IN THE FORM OF CELLS, SHOWERS, BULL PINS AND MORE. MY ADJUSTMENT HISTORY AT PATUXENT WILL SHOW AN INCIDENT REPORT WHERE (CO adejuwon) intentionall targeted me, punishing me FOR WHO I AM. ON ADMIN-SEG IVE HAD TO ENDURE SICKNESS FROM MOLD, BAD/SPOILED FOOD. COLD SHOWERS FOR MONTHS AND REC ALONE. I HAVE DEVELOPED A SEVERE CASE OF BIPOLAR DEPRESSION

| Date | Inmate's Name: Print and Signature | DOC# |
|---|---|---|
| 3-20-19 | AND ANXIETY Tyree Dodson Tyler Dodson DUE TO THE TURMOIL AND TORMENT. | 428941 |

SECURITY STAFF HAS TOLD ME I AM A MENTAL PATIENT DUE TO WHAT I AM, AND THAT NO ONE WILL BELIEVE MY STORIES. I HAVE NIGHTMARES COLD SWEATS AND EXCESSIVE PARANOIA DUE TO ALL CONDITIONS STATED. I'LL CONTINUE TO TRY TO RECOVER. BUT I WANT THE STATE TO PAY FOR WHAT INCOMPETENCY HAS DONE TO AN UNDESERVING INMATE. I AM NOT SAFE HERE

Sgt Aldin   dafla   3-28-2019                              **Attachment E to DOC.185. 0002**

Officer's Name: Print and Signature                    Date

                                                        CASE NO. _____

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO:          ☑ Warden, Managing Official, or Designee of Facility

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson        Tylee       L.      428-941     Patuxent
      Last Name     First Name   Middle Initial   CL Number   Facility

Housing Location L3-4    Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

Due to the inconvenience Part A – INMATE REQUEST of not being issued
my personal hygiene products, i was told to purchase them from
commissarry. On 3-26-209 my commissarry recept shows that
toothpaste, laundry det, hair greece, shampoo and corditioner, etc
is unautorized to purchase. I've been to (3) other Maryland State
facilities where hygiene is authorized to ~~Tylee~~ ~~Dodson~~ be purchased
3/28/2019   on lock-up. I have asked
   Date
for so_up and toothpaste going on a week in which we had none and havn't
been able to wash and brush my teeth. Security staff (C.O.II ___ ___ NWGU)

                                        Signature of Inmate

**Part B – RESPONSE** has intentically disregarded any
assitance asked I um human!

_____                    _____
      Date                             Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**          Case No. _____

RETURN TO: _____   _____   _____
           Last Name   First Name   Middle Initial   CL Number    Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____                    _____
      Date                             Facility ARP Coordinator

                                       Original: White - Facility ARP Coordinator
                                       Copy:    Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

Attachment E to DOC.185. 0002

Sgt A____ ____ _____          3-28-2019
Officer's Name: Print and Signature          Date

CASE NO. _Patx0178-19_

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

RECEIVED

TO: ☑ Warden, Managing Official, or Designee of Facility

APR 1 2019

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

ADMINISTRATIVE REMEDY OFFICE

FROM: Dodson    Tylee    L.    428-941    Patuxent
Last Name   First Name   Middle Initial   CL Number   Facility

Housing Location 13-4   Protective Custody ☐ Administrative Segregation ☐ Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

Due to the inconvience of not being issued my personal hygiene products, i was told to purchase them from commisserry. On 3-26-2019 my commisserry reciept shows that toothpaste, laundry det, hair greece, shampoo and conditioner, etc is unauthorized to purchase. I've been to (3) other Maryland state facilites where hygiene is authorized to be purchased.

3/28/2019          Tylee Dodson
Date                          Signature of Inmate

on lock-up. I have asked for soap and toothpaste more on a week in which I've had one and havn't been able to wash and brush my teeth. Security staff (C.O.I - Sgt A____ N/A(1))

**Part B – RESPONSE** has intentionally disregarded any assistance asked. I am human!

_____          _____
Date                          Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**   Case No. Patx0178-19

RETURN TO: Dodson   Tylee   428941   Patx
Last Name   First Name   Middle Initial   CL Number   Facility

I acknowledge receipt of your complaint dated 3/28/19 in regard to: Dismissed for procedural reasons: Pending Resubmission. Resubmit by 4/15/19 and use a Continuation Form writing in Part B. ____ will not be accepted.

4/1/19          _____
Date                          Facility ARP Coordinator

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature                    Date

CASE NO. _Patx 0162 19 8_

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

RECEIVED

APR 5 2019

ADMINISTRATIVE REMEDY OFFICE

TO:           ☐ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: _Dodson_ _Tylee_ _L_ _428-941_ _Patuxent_
        Last Name   First Name   Middle Initial   DOC Number   Institution

Housing Location _L3-4L_   Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☒

### Part A – INMATE REQUEST

Due to over a year of discrimation and having endured that and also personal prejudices against me being a transgendered (M-F) male-female, cruel and unusual punishment and pain & suffering am asking for financial compensation and an emergency transfer, for I am not and never was safe here

_3-29-2019_                    _Tylee Dodson_
   Date                         Signature of Inmate

### Part B – RESPONSE

at patuxent I got. Instead i was and am harrassed on a daily bases and isn't treated fairly as the heterosexual inmates.

_____                    _____
      Date                              Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT                          Case No. _Patx 0195-19_

RETURN TO: _Dodson_ _Tylee_ _____ _f 428941_ _Patx_
            Last Name  First Name  Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _3_/_29_/_19_ in regard to _Dismissed for procedural reasons: Pending Resubmission. Resubmit by 4/20/19 and include a Continuation form. Writing in Part B section will not be accepted._

_4/5/19_                    _C. Shield_
   Date                    Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Appendix 3 to DCD 185-002

_____        _____
Officer's Name: Print and Signature        Date

CASE NO. 4adx0194-19

## MARYLAND DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

RECEIVED

APR 5 2019

TO: ☐ Warden of Institution

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson     Tylee     L     428941     ADMINISTRATIVE REMEDY OFFICE
Last Name    First Name    Middle Initial    DOC Number    Institution

Housing Location L3-4L    Protective Custody ☐    Administrative Segregation ☐    Disciplinary Segregation ☒

**Part A – INMATE REQUEST**

On 3-28-19 officer J Johnson and Sgt Owens at approx 2:00pm cuffed my wrists and proceeded what they called a shakedown. They took all of my personal items, letters (outgoing - incoming), certificates, legal mail, HSD, pictures and more. I was later on issued a confiscation form that I signed. While retrieving my belongings (signature) Tylee Dodson

3-29-2019     Sgt Owens consistently called me a fagget
Date                                  Signature of Inmate

**Part B – RESPONSE** I have never cut myself until I came to patuxent. security staff(different ones) has subjected me to personal abuse my entire stay. I am not suicidal, i love myself, but i want and deserve financial compensation as well as an immediate transfer.

_____        _____
Date                           Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**     Case No. 0194-19

RETURN TO: Dodson     Tylee     428941     4adx
Last Name    First Name    Middle Initial    DOC Number    Institution

I acknowledge receipt of your complaint dated 3/09/19 in regard to: Dismissed for procedural reasons. Pending Resubmission. Resubmit by 4/10/19 and include a continuation form. Writing in Part B section will not be accepted.
4/5/19                           CS McCas
Date                           Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary - Inmate

DOC Form 185-002c (Rev. 7/08)

Appendix 3 to DCD 185-002

_____   4/4/19
Officer's Name: Print and Signature        Date

CASE NO. _____

# MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO:        ☐ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson, Tylee ___ L ___ 428-941 ___ Potuxent
      Last Name    First Name   Middle Initial   DOC Number   Institution

Housing Location L3-41 ___ Protective Custody ☐ Administrative Segregation ☐ Disciplinary Segregation ☒

### Part A – INMATE REQUEST

On 04/04/19 there was no security staff member on L3 post until 9:30 AM. Security footage will show that, and also every day for the past month. Security staff's unwillingness to fulfill work duties, deems them incompetent. For i am prohibited to protect myself

04/04/2019 ___ Tylee Dodson
Date                      Signature of Inmate

### Part B – RESPONSE

(C.OII Nwagwu)

_____                    _____
Date                                Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT                    Case No. _____

RETURN TO: _____   _____   _____
           Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____                    _____
Date                                Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185-002c (Rev. 7/08)



4.4.19

## Part A (Continued) - INMATE REQUEST

Yet my safety and institutional security
is at jeopardy due to absence of security
staff on the tier, over worked security staff
that sleeps, and aggravated security staff
that doesn't want to deal with inmates.

C.D

04/04/19
Date

Tylee Dodson   Bylee Dadson
Inmate's Name: Print and Signature

CL#
428 941

DOC Form 185.0002c (Rev 8/18)

Appendix 3 to DCD 185-002

Officer's Name: Print and Signature          Date
_Sgt. Helse ___(signature)_                  4/4/19

CASE NO. _Patx-0601-19_

**MARYLAND DIVISION OF CORRECTION**
**REQUEST FOR ADMINISTRATIVE REMEDY**
(Instructions for completing this form are on the back)

RECEIVED

APR 8 2019

ADMINISTRATIVE REMEDY OFFICE

TO: ☐ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety or welfare.

FROM: _Dodson_, _Tylee_          _L_      _428-941_      _Patuxent_
        Last Name      First Name      Middle Initial    DOC Number      Institution

Housing Location: _L3-41_   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☒

---

**Part A – INMATE REQUEST**

On 04/04/19 there was no security staff member on L3 post until 9:30 AM, security footage will show that, and also every day for the past month. Security staff's unwillingness to fulfill work duties, deems them incompetent. For i am prohibited to protect myself

_04/04/2019_          _Tylee L Dodson_
Date                   Signature of Inmate

---

(C.OII NWAGWU)          **Part B – RESPONSE**

_____          _____
Date                 Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**          Case No. _Patx-0601-19_

RETURN TO: _Dodson_  _Tylee_          _428-941_      _Patx_
           Last Name   First Name   Middle Initial   DOC Number   Institution

I acknowledge receipt of your complaint dated _4/4/19_ in regard to: _Staff. Dismissed for procedural reasons; pending resubmission. Resubmit by 4/28/19 with a continuation form - writing in the Part B section will not be accepted._

_4/8/19_          _Chadsued CO_
Date              Institutional ARP Coordinator

Original: White   Institutional ARP Coordinator
Copy:     Canary - Inmate

DOC Form 185-002c (Rev. 7/08)



4·4·19

## Part A (Continued) - INMATE REQUEST

yet my safety and institutional security is at jeopardy due to absence of security staff on the tier, over worked security staff that sleeps, and aggravated security staff that doesn't want to deal with inmates.



RECEIVED

APR   8  2019

ADMINISTRATIVE REMEDY OFFICE

04/04/19
Date

Tylee Dodson
Inmate's Name: Print and Signature

CL#
428 941

DOC Form 185.0002c (Rev 8/18)

Attachment E to DOC.185. 0002

Officer's Name: Print and Signature _____  Date __4/9/19__

CASE NO. _____

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO: ☒ Warden, Managing Official, or Designee of Facility

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson, Tylee L    428941    Patuxent
Last Name   First Name   Middle Initial   CL Number   Facility

Housing Location L3   Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☒

### Part A – INMATE REQUEST

Last February, of 2018 i was repeatedly raped for several weeks while housed on D3. Because most security staff subjected me to personal abuse i was afraid to speak. I recently obtained the courage to speak as the inmate is no longer housed here. On 4/1/19

Date: 04/09/19   Signature of Inmate: Tylee L Dodson

### Part B – RESPONSE

Date _____   Signature of Warden/Managing Official/Designee _____

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT   Case No. _____

RETURN TO: _____
Last Name   First Name   Middle Initial   CL Number   Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date _____   Facility ARP Coordinator _____

Original: White - Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

4/9/19

**Part A (Continued) – INMATE REQUEST**

Officer assingned to L3 (C.O N. Goh) attempted to assist me in filing a PREA complaint.

He stated he talked to LT. Taylor and that i would be seen. I was and have never been seen by anyone.

That is why i was afraid to speak initially.

I am "BROKEN" because of that abuse.

For my concerns at Patuxent Inst. never seemed to matter and i deem never will by this institution.

I am prohibited to protect myself in this environment, yet security staff has Lacked the means of my protection my entire stay here at patuxent.

| 04/09/19 | Tylee Dodson  Tylee Dodson | 428941 |
|----------|----------------------------|--------|
| Date | Inmate's Name: Print and Signature | DOC# |

Officer's Name: Print and Signature    Date    **Attachment E to DOC.185. 0002**

CASE NO. PartX0206-19

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

RECEIVED

APR 10 2019

ADMINISTRATIVE REMEDY OFFICE

TO:  ☑ Warden, Managing Official, or Designee of Facility

Emergency Request:  ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson, Tylee    L    428141    Patuxent
    Last Name    First Name    Middle Initial    CL Number    Facility

Housing Location  L3    Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☑

### Part A – INMATE REQUEST

Last February of 2018 i was repeatedly raped for several weeks while housed on D3. Because most security staff subjected me to personal abuse i was afraid to speak. I recently obtained the courage to speak as the inmate is no longer housed here. On 4/1/19

04/09/19
Date

Signature of Inmate    Tylee L Dodson

### Part B – RESPONSE

Date    Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT    Case No. PartX0204-19

RETURN TO: Dodson    Tylee    428141    Patx
    Last Name    First Name    Middle Initial    CL Number    Facility

I acknowledge receipt of your complaint dated 4/9/19 in regard to: Dismissed. Final. An inmate may not seek to resolve a complaint through the ARP process for issues that include but may not be limited to: rape, sexual assault, sexual harassment, or other areas afforded protections by standards established under the authority of PREA.

4/10/19
Date

Facility ARP Coordinator

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

4/9/19

## Part A (Continued) – INMATE REQUEST

Officer assigned to L3 (C.O N.GOH) attempted to assist me in filing a PREA complaint.

He stated he talked to LT. Taylor and that i would be seen. I was and have never been seen by anyone.

That is why i was afraid to speak initially.

I am "BROKEN" because of that abuse.

for my concerns at Patuxent Inst. never seemed to matter and i deem never will by this institution.

I am prohibited to protect myself in this environment, yet security staff has lacked the means of my protection my entire stay here at patuxent.

RECEIVED

APR 1 0 2019

04/09/19
Date

Tylee Dodson *(signature)*
Inmate's Name: Print and Signature

DOC#

**Patuxent Institution**
**Jessup, Maryland**

INMATE STATEMENT

DATE: 04/09/19

NAME: Tylee Dodson     IDENTIFICATION NUMBER: 428 941

HOUSING LOCATION: L3     TIME: 6:04 PM

STATEMENT:

Last February of 2018 i was repeatedly raped by an inmate Kieth Queen while housed on D3. Because most security staff subjected me to personal abuse, discrimination and cruel and unusual punishment, i was afraid of the inmate. On 4/1/19 Officer (N. Goh) assigned to L3 contacted LT. Taylor and said that he would come see me. No one came to see me at all. I had to claim chest pains to see a PA and report my prea abuse. That is why initially i was also afraid to speak. For my concerns here at Patuxent never seemed to matter.

The above statement is given on my own free will and I have not been coerced in any way. The facts of this statement are being given to the investigating source and are truthful and precise to the best of my knowledge.

_____     _____
Witness (Print)               Witness (Signature)

_____     428 941
Inmate's Signature            Identification Number

PI 599-0613

Officer's Name: Print and Signature _____ Date _4/9/19_

CASE NO. _____

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: _Dodson, Tylee_ _____ _L_ _428941_ _Patuxent_
      Last Name     First Name     Middle Initial     CL Number     Facility

Housing Location _L3_   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☒

**Part A – INMATE REQUEST**

On 4/8/19 officer (N. Wagwu) assigned to L3 fed up lunch trays to the entire even side from back to front. As i am in cell 4 he teased me with a tray and then left to feed up the other side.

_04/09/19_    He brought me    _Tylee Dodson_
Date                                 Signature of Inmate

**Part B – RESPONSE**

_____ _____
Date                   Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**      Case No. _____

RETURN TO: _____ _____ _____
        Last Name    First Name    Middle Initial     CL Number     Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____         Facility ARP Coordinator
Date

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

**Part A (Continued) – INMATE REQUEST**

My tray minutes later. Security Camera. footage will show that. When i did open my tray i saw that it was salivia on my food, so i didn't eat.

No supervisor made a round on L3 on that date the whole entire day.

Securty footage will show that also.

| | |
|---|---|
| 04/09/19 | Tylee Dodson Tylee Dodson 42894 |
| Date | Inmate's Name: Print and Signature        DOC# |

_____   4/9/19         **Attachment E to DOC.185. 0002**
Officer's Name: Print and Signature       Date

CASE NO. _PalkO0005-19_

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

RECEIVED

APR 1 0 2019

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: __Dodson, Tylee          L__    __42894__    ADMINISTRATIVE REMEDY OFFICE
Last Name        First Name    Middle Initial    CL Number    Facility

Housing Location ___L3___   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☒

## Part A – INMATE REQUEST

On 4/8/19, officer (N. Wagwu) assigned to L3 fed up.
Lunch trays to the entire even side from back to front.
As i am in cell 4 he teased me with a tray and then
Left to feed up the other side.
__04/09/19__      He brought me      _Tylee L Dodson_
Date                              Signature of Inmate

## Part B – RESPONSE

_____   _____
Date                              Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C – RECEIPT                Case No. _PalkO0005-19_

RETURN TO: __Dodson      Tylee__    __428941__    _Palkc_
Last Name    First Name   Middle Initial    CL Number    Facility

I acknowledge receipt of your complaint dated _4/9/19_ in regard to: _Staff._

__4/10/19__                        _Ofc C. Schielok_
Date                              Facility ARP Coordinator

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

**Part A (Continued) – INMATE REQUEST**

My tray minutes later. Security Camera footage will show that. When I did open my tray I saw that it was saliva on my food, so I didn't eat.

No supervisor made a round on L3 on that date the whole entire day.

Security footage will show that also.

RECEIVED

APR 10 2019

ADMINISTRATIVE REMEDY OFFICE

04/09/19
Date

Tylee Dodson     428941
Inmate's Name: Print and Signature     DOC#

**Attachment E to DOC.185. 0002**

Officer's Name: Print and Signature        Date: 4/10/19

CASE NO. _____

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson, Tylee    L    428941    Patuxent
Last Name   First Name   Middle Initial   CL Number   Facility

Housing Location  L3   Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☒

## Part A – INMATE REQUEST

There has been many incidents dated and reported that i have been harrased by staff, my safety has been put in jeopardy, and even an incident where staff spit in my food

Date: 04/10/19  tray on lock-up   Signature of Inmate: Tylee Dodson

## Part B – RESPONSE

Date: _____   Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

## Part C – RECEIPT        Case No. _____

RETURN TO: _____
Last Name   First Name   Middle Initial   CL Number   Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

Date: _____   Facility ARP Coordinator

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

4/10/19

**Part A (Continued) – INMATE REQUEST**

Many incidents were dismissed for procedural reasons and other reasons. Most of my ARP's were in pursuit to be in reciept to the Warden. I'm sure the Warden has never obtained any to assist me, and never has anyone of my ARP's has a Wardens Signature or response..

Even complaints that poses a continued threat to my health, safety and welfare.

If so, she continuously and intentionally kept me in harms way of discrimination, harrassment, threds and personal prejudices and abuse by security staff.

| 04/10/19 | Tylee Nelson Isreel Watson | 428941 |
|----------|----------------------------|--------|
| Date | Inmate's Name: Print and Signature | DOC# |

J. Dennis

1/15/19

**Attachment E to DOC.185. 0002**

Officer's Name: Print and Signature                    Date

CASE NO. _____

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO:  ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Dodson, Tylee            L          428941         PATV

| Last Name | First Name | Middle Initial | CL Number | Facility |

Housing Location  L3      Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☒

**Part A – INMATE REQUEST**

Due to the inconvenience of not being issued my personal hygiene products, and not being able to order them from commissary while on (DISC SEG) Because of unauthorization of PATx institution. This is the only Lock up (DISC SEG) in the state of Maryland that doesn't allow such.

4/15/19

Date                              Signature of Inmate

*Tylee Dodson*

**Part B – RESPONSE**

Date                              Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**          Case No. _____

RETURN TO: _____

| Last Name | First Name | Middle Initial | CL Number | Facility |

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

Date                              Facility ARP Coordinator

Original: White - Facility ARP Coordinator
Copy:   Canary - Inmate

DOC Form 185.0002c (Rev. 8/18)

**Part A (Continued) – INMATE REQUEST**

I have asked repeatedly for weeks for toothpaste and deoderant in which DISC SEG inmates are not supplied with.

Due to Laws established, i cannot be punished with hygiene, in which i have been for weeks.

So we should be either issued hygiene on a weekly basis or be able to order our own.

For i am human, yet i havn't brushed my teeth or washed with soap in weeks.

This is cruel.

| 4/15/19 | Tylee Dodson | 428941 |
|---------|-------------|--------|
| Date | Inmate's Name: Print and Signature | DOC# |

Attachment E to DOC.185. 0002

Officer's Name: Print and Signature _____   Date _____

CASE NO. _____

## DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES
## REQUEST FOR ADMINISTRATIVE REMEDY
### (Instructions for completing this form are on the back)

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: DUDSON, Tylee    L    428941    PATX
         Last Name    First Name    Middle Initial    CL Number    Facility

Housing Location L3    Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☒

### Part A – INMATE REQUEST

On 4/4/19
No security staff member arrived on L3 post until 9:30 AM.
Upon arrival officer assigned to L3 was C.O (N. Wagwu)
Security footage will show that. Every day for the past month
security staffs unwillingness to fulfill work duties deems them
incompetent. For I am _____ Prohibited to protect myself,

4/15/19
Date

Tylee Dodson
Signature of Inmate

### Part B – RESPONSE

_____    _____
Date                Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT              Case No. _____

RETURN TO: _____    _____    _____
            Last Name    First Name    Middle Initial    CL Number    Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____

_____

_____    _____
Date                Facility ARP Coordinator

DOC Form 185.0002c (Rev. 8/18)

Original: White - Facility ARP Coordinator
Copy:    Canary - Inmate

**Part A (Continued) – INMATE REQUEST**

yet my safety and institutional security is at jeopardy due to absence of security staff not being on the tier hours at a time and often not doing count properly.

I am just asking to be removed immediately from this institution, for i amand never was safe here at patuxent.

<table>
<tr><td>4/15/19</td><td>Tylee Dodson</td><td>428941</td></tr>
<tr><td>Date</td><td>Inmate's Name: Print and Signature</td><td>DOC#</td></tr>
</table>